IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ISHMAIL SWARAY KAMARA,  : | |
| #A046-830-723 | |
| Petitioner                              : | |
| | |
| v.                                          : | Civil Action No.  JKB-11-2984 |
| | |
| ERIC HOLDER, JR, Attorney General  : | |
| of the United States, et al. | |
| Respondents                         : | |

. . . .o0o. . . .

**MEMORANDUM**

Pending is petitioner Ishmail Kamara's ("Kamara") 28 U.S.C. §2241 petition for writ of habeas corpus challenging his post-removal order detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).[1]  Petitioner is subject to a final order of removal and does not challenge that order in this petition. Counsel for respondents[2] has filed a motion to dismiss the petition. ECF No. 8.

According to respondent, on December 15, 2011, arrangements were made for Kamara's transport to Sierra Leone in anticipation of the issuance of travel documents.  Exh. C.  He was scheduled to depart the United States on or after January 16, 2012. *See id.*  On December 29, 2011,

---

[1] Kamara is a native and citizen of Sierra Leone who was admitted to the United States on or about April 29, 1999, as a lawful permanent resident. Petition at ¶ 5; Exh. A (Notice to Appear). On February 3, 2009, he was convicted of second-degree assault in the Circuit Court for Prince George's County, Maryland and sentenced to a term of imprisonment of 10 years, all but three years suspended. Petition at ¶ 5; Exh. A. Kamara was taken into ICE custody on December 20, 2010. Petition at ¶ 5.Immigration proceedings commenced with the filing of a Notice to Appear dated December 28, 2010. Exh. A. The Notice to Appear charged Kamara with being removable under section 237(a)(2)(A)(iii) of the Immigration and Nationality Act ("Act") as an alien who has been convicted of an aggravated felony, a crime of violence. *See id*. On March 3, 2011, the Immigration Judge sustained the charge of removal and ordered Kamara removed from the United States to Sierra Leone. Exh. B (Order of Immigration Judge).

[2]  The proper party respondent in this proceeding is petitioner's custodian. 8 U.S.C. § 2242; *see also* 8 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.") Kamara filed this habeas petition while he was detained at the Dorchester County Detention Center.  Consequently, the only proper respondent is Steve Mills, who is the Warden at that facility.  The Clerk shall amend the docket accordingly.

the Embassy of Sierra Leone issued an emergency travel certificate for Kamara to return to Sierra Leone. Exh. D. In light of this information, it appears that Kamara's habeas challenge to his post-order detention under § 1231(a)(6) and *Zadvydas* has been rendered moot. Respondent shall file a status report with documentation within twenty-eight days to inform the court whether Kamara's departure from the United States has been effectuated. A separate order follows.

DATE: March 16, 2012.                                           /s/
                                                         James K. Bredar
                                                         United States District Judge